No. 138, Misc.   Ex parte Breeding;

No. 171, Misc.   Summey v. Skeen, Warden;

No. 185, Misc.   McGuinn v. Lindsay, Superintend-
ent, District of Columbia Reformatory, et al.;

No. 186, Misc.   Nicholson v. California;

No. 195, Misc.   Ex parte King; and

No. 197, Misc.   Ex parte Williams.   Motions for
leave to file petitions for writs of habeas corpus denied.

No. 139, Misc.   Saunders v. Levin, U. S. District
Judge, et al.; and

No. 194, Misc.   Tubb v. United States.   Motions for
leave to file petitions for writs of mandamus denied.

No. 142, Misc.   Cordts v. Ragen, Warden; and

No. 164, Misc.   Ephraim v. Ragen, Warden.   Mo-
tions for leave to file petitions for writs of certiorari
denied.

No. 191.   Natural Gas Pipeline Co. v. Panoma Cor-
poration et al.   Appeal from the Supreme Court of
Oklahoma.   Probable jurisdiction noted.   D. H. Culton,
Coleman Hayes, Clarence H. Ross, Warren T. Spies and
S. A. L. Morgan for appellant.   Mac Q. Williamson, At-
torney General of Oklahoma, for the Corporation Com-
mission of Oklahoma, and T. Murray Robinson and Leon
Shipp for the Panoma Corporation, appellees.

